USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: ____________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE-NIGEL BARNETT,

Plaintiff,

-against-

M&T BANK CORPORATION et al,

Defendants.

No. 26-CV-6805 (NSR)

**OPINION & ORDER**

NELSON S. ROMÁN, United States District Judge:

*Pro se* Plaintiff Andre-Nigel Barnett ("Plaintiff") filed this action against M&T Bank Corporation and Lakeview Loan Servicing, LLC on August 7, 2026. (*See* ECF No. 1, Complaint.) Plaintiff amended the Complaint on September 23, 2026, adding Roach & Lin, P.C., Shu Chen, Esq., Rene F. Jones, Darren J. King, Barry Coffin, James Bancroft, Joseph Otting, Craig Gifford, and John/Jane Does 1-20 as Defendants. (*See* ECF No. 21, Amended Complaint.) Before the Court is *pro se* Plaintiff's application for a Temporary Restraining Order ("TRO") under Federal Rule of Civil Procedure 65, seeking to stay and enjoin the state court Judgment of Foreclosure and Sale and any enforcement action, pending final resolution. (*Id.* at 38; ECF No. 16.)

For the reasons set forth below, the Court DENIES Plaintiff's application for a TRO without prejudice.

## BACKGROUND

Plaintiff brings this action against various private individuals and entities, alleging that they engaged in unlawful and fraudulent conduct in connection with the origination, servicing, transfer, and foreclosure of his mortgage loan. (*See generally* ECF 21.) He asserts that the Dutchess County Judgment of Foreclosure and Sale (Index No. 2023-54677) is void ab initio

and asks this Court to stay and enjoin the state court proceedings and enforcement action pending resolution of the instant action. (*Id.* at 38.)

**DISCUSSION**

The Court denies Plaintiff's TRO because the *Rooker–Feldman* doctrine deprives it of subject-matter jurisdiction. Under the *Rooker–Feldman* doctrine, federal district courts lack authority to review or overturn state-court judgments where the federal plaintiff complains of injuries caused by those judgments and invites the district court to reject them. *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). Specifically, in the foreclosure context, *Rooker-Feldman* bars a plaintiff's claim where the plaintiff asks a federal court to determine that a state-court foreclosure judgment was void because of alleged procedural defects, because doing so would require the federal court to review the state-court proceedings and conclude that the foreclosure judgment was issued in error. *Vossbrinck v. Accredited Home Lenders, Inc.*, 773 F.3d 423, 427 (2d Cir. 2014).

Here, Plaintiff asks this Court "stay[] and enjoin[] the state court Judgment of Foreclosure and Sale and any enforcement action." (ECF No. 21 at 38.) The injury he identifies—the foreclosure of his home—flows directly from this state-court order. Plaintiff cannot avoid *Rooker–Feldman* by recasting his challenge to that judgment as alleged violations of federal law. Although Plaintiff alleges that Defendants violated RESPA, TILA, and state law in connection with his mortgage loan and the foreclosure, those allegations do not permit this Court to grant the emergency relief sought here. To stay and enjoin enforcement of the Judgment of Foreclosure and Sale on the basis of those alleged violations, the Court would have to review the state-court proceedings and conclude that the foreclosure judgment was invalidly entered. *See Vossbrinck*, 773 F.3d at 427. The Court lacks jurisdiction to do so.

## CONCLUSION

Because *pro se* Plaintiff's requested relief would require this Court to review and invalidate the state-court foreclosure order, the *Rooker–Feldman* doctrine bars jurisdiction, and the application for a Temporary Restraining Order is DENIED without prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16, mail a copy of this Opinion and Order to *pro se* Plaintiff at the address listed on ECF, and show service on the docket.

Dated: October 1, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge